FILED
U.S. DISTRICT COURT
AUGUSTA DIV.
2019 AUG 28 AM 11: 42
CLERK M.Weis
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | | |
|---|---|---|
| ADRIAN JENKINS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 118-140 |
| | ) | |
| OFFICER DAVIS; OFFICER HORACE RYANS; and WARDEN WILKES, | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which objections have been filed. (Doc. no. 59.) Plaintiff does not offer any new information, evidence, or argument that warrants a deviation from the Magistrate Judge's recommendation. Accordingly, the Court **OVERRULES** Plaintiff's objections, (doc. no. 59), **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion, **GRANTS** Defendant Ryans's motion to dismiss, (doc. no. 32), and **DISMISSES** Officer Ryans from this case.

SO ORDERED this 28th day of August, 2019, at Augusta, Georgia.

J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA