IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | | |
|---|---|---|
| ADRIAN JENKINS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 118-140 |
| | ) | |
| OFFICER DAVIS and WARDEN WILKES, | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which objections have been filed. (Doc. nos. 91, 92.) Accordingly, the Court **OVERRULES** the objections, **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion, **DENIES** Plaintiff's motion for summary judgment, (doc. no. 54), **DENIES AS MOOT** Plaintiff's Motion to Have Exhibit 100 Considered, (doc. no. 84), and **GRANTS IN PART** and **DENIES IN PART** Defendants' motion for partial summary judgment, (doc. no. 73). The Court grants summary judgment as to all claims against Warden Wilkes and the official capacity claims against Officer Davis. The case shall proceed to trial on Plaintiff's Eighth Amendment excessive force and medical deliberate indifference claims against Officer Davis arising out of

Plaintiff's alleged attack on January 17, 2017.

SO ORDERED this 4th day of March, 2020, at Augusta, Georgia.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA