IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | |
|---|---|
| ADRIAN JENKINS, | ) |
| Plaintiff, | ) ) ) |
| v. | ) CV 118-140 |
| OFFICER DAVIS, | ) ) ) |
| Defendant. | ) |

**REVISED SCHEDULING NOTICE**

Before the Court is the parties' Consent Motion for additional discovery. (Doc. no. 117.) For good cause shown, the Court re-opens discovery and **GRANTS** the parties' motion. (Id.) Plaintiff shall provide any additional expert reports by January 15, 2021. The parties shall have through and including March 15, 2021 to depose Plaintiff's experts. Defendant shall have through and including April 30, 2021 to provide his experts' reports. The parties shall have through and including June 30, 2021 to depose Defendant's experts. Any motions related to such experts shall be filed by July 30, 2021.

SO ORDERED this 21st day of December, 2020, at Augusta, Georgia.

BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA